|   |   |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| 2 | Donald R. Gilbert (No. 003053)<br>Janice Procter-Murphy (No. 013078) |
| 3 | Kevin M. Green (No. 025506)<br>3003 North Central Avenue, Suite 2600 |
| 4 | Phoenix, AZ  85012-2913<br>Telephone:  (602) 916-5000 |
| 5 | Email:  dgilbert@fclaw.com<br>Email:  jpmurphy@fclaw.com |
| 6 | Email:  kgreen@fclaw.com |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Highway Technologies, Inc., a Massachusetts corporation, | No. |
|---|---|
| Plaintiff, | **MOTION FOR AN ORDER DIRECTING THE PRESERVATION OF DOCUMENTS AND THINGS** |
| v. | |
| David Porter and Susan Porter, husband and wife; Rodd Jose and Barbara Jose, husband and wife; Sunline Contracting, L.L.C., an Arizona limited liability company, | |
| Defendants. | |

Plaintiff Highway Technologies, Inc. ("HT" of the "Company") hereby moves for an order directing Defendants to preserve documents and things.  In support of its motion, HT states as follows:

1. HT commenced this action seeking injunctive and other relief from to protect itself against misconduct by its former managing agents, David Porter ("Porter") and Rodd Jose ("Jose"), including:  competition in violation of their contractual and common law duties; solicitation of HT's customers; unfair competition; and unfair use, disclosure and misappropriation of trade secrets.

2. HT will serve on Defendants its First Request for Production of Documents shortly.  The documents that will be requested are in the exclusive possession and control

1  of the Defendants and others acting in concert with them.  This production to HT is
2  essential to enable the Company to prepare adequately for its requested preliminary
3  hearing for injunctive relief.

4      3.    Certain documents and information sought by HT are of such a nature that
5  the documents or information could be easily destroyed, either deliberately or
6  unintentionally.  These documents include, but are not limited to, computer generated or
7  electronically stored information such as electronic mail communications.

8      4.    There is evidence that Defendants already have altered relevant evidence by
9  deleting files formerly located on their HT-issued computers and altering at least one
10 computer device to show a false "last accessed date."  *See* Declaration of Alison Chung in
11 Support of Plaintiff's Application for Temporary Restraining Order and Motion for
12 Preliminary Injunction at ¶¶ 22d-22f.

13     5.    Defendants will not be harmed by the requested order; however, HT will be
14 substantially and irreparably harmed by denial of the request for an order requiring the
15 preservation of such evidence.

16     WHEREFORE, HT respectfully requests that the Court enter an order in the form
17 submitted concurrently with this Motion, directing Defendants and all other parties acting
18 in concert with Defendants to preserve, maintain and protect in their present state from
19 destruction, modification, or alteration, all documents, electronic data, other forms of
20 evidence, and all copies thereof, in their possession or in their direct or indirect control
21 which relate to the subject of HT's Verified Complaint pending the completion of this
22 action or until further order of this Court.

23
24
25
26
27
28

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

1 DATED this 17th day of June, 2009.

FENNEMORE CRAIG, P.C.


By *s/ Donald R. Gilbert*
   Donald R. Gilbert
   Janice Procter-Murphy
   Kevin M. Green
   Attorneys for Plaintiff
   Highway Technologies, Inc.

2208033.1/26881.003

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

- 3 -