**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Highway Technologies, Inc., a Massachusetts corporation, | ) ) ) | No. CV-09-1305-PHX-DGC |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| David Porter and Susan Porter, husband and wife; Rodd Jose and Barbara Jose, husband and wife; and Sunline Contracting, L.L.C., an Arizona limited liability company. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On June 26, 2009, the Court issued an order granting Plaintiff's motion for temporary restraining order and setting a preliminary injunction hearing for July 16, 2009. Dkt. #29. Plaintiff has filed a motion for an order directing the preservation of documents and things (Dkt. #5) and a motion for expedited discovery (Dkt. #10). The Court finds good cause to grant the motions.

**IT IS ORDERED:**

1. Plaintiff's motion for an order directing the preservation of documents and things (Dkt. #5) is **granted**. Defendants, and all other parties acting in concert with Defendants, shall preserve and maintain in their present state all documents, electronic data, and other evidence in their possession or control which relate to the subject matter of Plaintiff's verified complaint (Dkt. #1)

| | |
|---|---|
| 1 | pending termination of this case or until further order of the Court. |
| 2 | 2. Plaintiff's motion for expedited discovery (Dkt. #10) is **granted**. Each side may submit up to five requests for production and up to five interrogatories. Responses shall be due within five business days of service and shall be hand-delivered to the other side. Each side may take three depositions on three business days' notice. |

DATED this 26th day of June, 2009.

*David G. Campbell*
United States District Judge