UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Highway Technologies, Inc., a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>David Porter and Susan Porter, husband and wife; Rodd Jose and Barbara Jose, husband and wife; Sunline Contracting, L.L.C., an Arizona limited liability company,<br><br>Defendants. | No. CV-09-1305-PHX-DGC<br><br>**STIPULATED PERMANENT INJUNCTION** |

Having considered the parties' Stipulation, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiff Highway Technologies, Inc.'s confidential customer list, filed under seal and attached as Exhibit A to the Court's June 26, 2009 Temporary Restraining Order, shall remain confidential and filed under seal and shall also be Exhibit A to this injunction.

2. Defendant Rodd Jose ("Jose"), his agents, servants, employees, and attorneys, and any persons in active concert or participation with him are hereby enjoined from: (i) competing with HT in any pavement marking business within a 200-mile radius of 4200 E. Broadway, Phoenix, Arizona; (ii) soliciting or accepting such business from plaintiff Highway Technologies, Inc.'s ("HT") customers identified in sealed Exhibit A; (iii) soliciting for employment any person employed by HT as of May 5, 2009; and (iv)

1  using or disclosing any of HT's confidential information at any time.

2        3.    Defendant David Porter ("Porter"), his agents, servants, employees, and
3  attorneys, and any persons in active concert or participation with him are hereby enjoined
4  from: (i) competing with HT in any traffic control, flagging, sign and barricade service,
5  permanent installations (including guardrail installation), and/or pavement marking
6  business within a 200-mile radius of HT's Phoenix, Arizona, locations; (ii) soliciting or
7  accepting such business from HT customers identified in sealed Exhibit A; (iii) soliciting
8  for employment any person employed by HT as of May 5, 2009; and (iv) using or
9  disclosing HT's confidential and proprietary information at any time.

10       4.    This injunction shall not enjoin, prohibit or prevent Porter, Jose and/or
11 Sunline Contracting, L.L.C. (the "Defendants") from working for Cactus Transport, Inc.
12 ("Cactus") outside of the restricted area defined in paragraphs 1 and 2 above (e.g., within
13 a 200-mile radius of HT's Phoenix, Arizona locations); provided, however, that except as
14 permitted in paragraph 5 below, Defendants shall be enjoined and prohibited from; (i)
15 bidding on highway construction work to be performed in whole or in part within the
16 restricted area; (ii) participating in Cactus' bidding or solicitation of such work within the
17 restricted area; or (iii) otherwise soliciting highway construction work for or on behalf of
18 Cactus within the restricted during the term of this injunction.

19       5.    This permanent injunction shall not enjoin, prohibit or prevent the
20 Defendants from working only on the following six (6) highway construction contracts:

21       a.    Benston Stein Pass I-10/ARRA-010F(203)A ("Benson")
22       b.    Tucson Ajo SR 86/ARRA-086A(008)A ("Ajo")
23       c.    Wickenburg - Kingman HWY (US93)/ARRA-093B(201)A
24 ("Wickenburg")
25       d.    Quartzsite Parker SR 95/ ARRA-095C(203)A ("Quartzsite")
26       e.    Topock – Kingman Highway (I – 40), Holy Moses Wash -
27 Rattlesnake Wash, MP 46.55 to 56.94/ IM 040-A-(203)A ("Topock")
28       f.    San Luis – Yuma – Quartzsite Highway (US 95), Peligro – Clarks,

1     MP 51.7 to 80.0/ ARRA-095-B-(200)A ("Yuma")

2     6.    This permanent injunction shall continue in effect until May 1, 2011.

**IT IS FURTHER ORDERED:**

This lawsuit is hereby dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 26th day of October, 2010.

_____
David G. Campbell
United States District Judge

- 3 -